MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR. P.C.
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GLENN D. POMERANTZ
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
STUART N. SENATOR
KELLY M. KLAUS
LISA J. DEMSKY
MALCOLM A. HEINICKE
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
CAROLYN HOECKER LUEDTKE
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG P.C.
GINGER D. ANDERS P.C.
JOHN M. GILDERSLEEVE
ADAM B. WEISS
ACHYUT J. PHADKE
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER
JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
JONATHAN KRAVIS P.C.

JOHN L. SCHWAB
L. ASHLEY AULL
WESLEY T.L. BURRELL
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
NICHOLAS D. FRAM
VINCENT Y. LING
VICTORIA A. DEGTYAREVA
JOHN B. MAJOR
RACHEL G. MILLER-ZIEGLER P.C.
FAYE PAUL TELLER
STEPHANIE G. HERRERA
JULIANA M. YEE
COLIN A. DEVINE
GIOVANNI S. SAARMAN GONZÁLEZ
ANNE K. CONLEY
DAVID W. MORESHEAD
ANDREW D. GARELICK
BRIDGET M. FITZPATRICK
ANDREW T. RADSCH
DANE P. SHIKMAN
JEREMY S. KREISBERG
XIAONAN APRIL HU
NICOLE M. HOWELL
SKYLAR B. GROVE
SAMUEL H. ALLEN
ROWLEY J. RICE
LAUREN E. ROSS
BENJAMIN G. BAROKH
ABE DYK
MEGAN MCCREADIE
RAQUEL E. DOMINGUEZ
ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
CARRIE C. LITTEN
JAMES R. SALZMANN
SEAN P. BARRY
MICHAEL I. SELVIN
HUNTER V. ARMOUR
NATHANIEL F. SUSSMAN
OLIVER BROWN
MATTHEW MIYAMOTO
BRIAN R. BOESSENECKER
ROBERT E. BOWEN
GRACE DAVIS FISHER
LAUREN N. BECK
CALEB W. PEIFFER
JAMIE LUMA
STEVEN B. R. LEVICK
JANELLE KRUMMEN

WILLIAM M. ORR
GABRIEL M. BRONSHTEYN
ROSIO FLORES ARRIAGA
JESSICA O. LAIRD
ERICA C. TOOCH
SARAH E. WEINER
EVAN MANN
ANDREW T. NGUYEN
SARA H. WORTH
MIRANDA E. REHAUT
STEPHANY REAVES
LAUREN E. KUHN
GARRETT SOLBERG
TED KANG
ADAM W. KWON
JOSEPH N. GLYNN
SIMON K. ZHEN
CARSON J. SCOTT
ROMAN LEAL
MATTHEW W. LINSLEY
ADEEL MOHAMMADI
TAYLOR L. BENNINGER
LORRAINE L. ABDULAHAD
CLARE KANE
SIDNEY M. EISNER
HELEN ELIZABETH WHITE
ALISON A. DOYLE
JASON D. WEISS
HENRY D. SHREFFLER
MILES W. UNTERREINER
LYNDSEY FRANKLIN
ANDREW DELAPLANE
ARIELLA PARK
LAURA PERRY STONE
JOSEPH MANTEGANI
GRAHAM J. WYATT
WESLEY P. DEVOLL
LAUREN A. BILOW
ALEXIS D. CAMPBELL
KYRA E. SCHOONOVER
WENDY Q. XIAO
DANIEL KANE
ADITI NARESH GHATLIA
ALBERTO J. DE DIEGO-HABEL
KYLE A. SCHNEIDER
CARL H. JIANG
BOBBY H. KIM
CLAIRE I. ROGERSON
LIAM GENNARI
CHARLES LAM
MAGGIE BUSHELL

REBECCA J. HANSEN
CONNOR HOGE
KEVIN HAN YANG
CORDELL A. BROWN
QIANZHE DANNY ZHANG
KYLE A. GROVES
ESTHENA BARLOW
CY EMEKA RAY
SUSANNAH M. L. GAGNON
DANIEL E. RUBIN
JIN NIU
SHUYU SUN
REBECCA M. HO
SASHA YUSUF
KEVIN CHIU
NICOLE R. ALLICOCK
SHANNON E. EAGEN
KAITLYN R. RUBCICH
JAKE TODD
ANGELA A. URIBE
ANDREW J. SLOTTJE
CYNTHIA Y. LONG
GRACE I. REHAUT
JOSEPH TROY YOUNG
SEAN ST. CHARLES
ANDREW L. FENNING
ANASTASIA THATCHER
JANNET E. GOMEZ
JACOB M. GHANDOUR
SAHIL A. ALIM
CLAREANNE R. GOSCHKE
ABIGAIL H. SHIM

————

OF COUNSEL
KATHLEEN M. MCDOWELL
PATRICK J. CAFFERTY, JR.
DAVID H. FRY
BRADLEY R. SCHNEIDER
PETER E. GRATZINGER
ADAM R. LAWTON
SARAH J. COLE
ALLISON M. DAY
TERESA A. REED DIPPO
DAVID T. RYAN
LAURA M. LOPEZ

————

SEE MTO.COM FOR
JURISDICTIONS OF ADMISSION

350 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3426

TELEPHONE (213) 683-9100

————

560 MISSION STREET

SAN FRANCISCO, CALIFORNIA 94105-3089

TELEPHONE (415) 512-4000

————

601 MASSACHUSETTS AVENUE NW

SUITE 500E

WASHINGTON, D.C. 20001-5369

TELEPHONE (202) 220-1100

April 10, 2026

Writer's Direct Contact
(213) 683-9292
(213) 593-2892 FAX
bethany.kristovich@mto.com

**VIA ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:    *In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation*, Case No. 1:26-md-03178-AS

Dear Judge Subramanian:

Our firm represents Defendant ByHeart, Inc. in the above-captioned cases.  We are pleased that these cases were consolidated before Your Honor and look forward to our initial conference.  We write to apprise the Court of a time-sensitive issue of concern to ByHeart and many of the Plaintiffs.

By way of background, ByHeart manufactured infant formula that tested positive for the toxin that causes infant botulism, *Clostridium botulinum* (*C. bot*).  A thorough root cause investigation revealed that the whole milk powder that went into the formula contained *C. bot*—including *C. bot* that genetically matched that found in at least one infected infant.  To support the investigation, ByHeart sought samples of the whole milk powder used in its formula, which is manufactured by Dairy Farmers of America (DFA) by spray-drying milk manufactured by

MUNGER, TOLLES & OLSON LLP

Hon. Arun Subramanian
April 10, 2026
Page 2

Organic West.[1]  The samples ByHeart sought were located at DFA's facility in Fallon, Nevada. Organic West consented to their production.  DFA, however, refused.  After extensive meet-and-confer efforts, ByHeart moved to compel, and that Motion has been fully briefed since February 20, 2026, and is ripe for decision.  *See* Exs. A - J [ByHeart Motion to Compel and Responses]. Obtaining these samples now, and promptly testing them, rather than waiting for broader discovery to begin, is important because it goes directly to the core issue of the source and scope of the *C. bot* contamination in ByHeart formula.  It is particularly important because the parties are already engaged in mediation with Thomas Perrilli as mediator, and developing more information about the source(s) of contamination will help the parties make progress toward resolution in that mediation.

ByHeart moved to compel in Nevada, where the samples are located.  The U.S. District Court for the District of Nevada recognized that "ByHeart plainly has an immediate need to begin preparing its defense and to obtain information that may assist in that effort."  Ex. G, at 5 [Order, *ByHeart, Inc. v. Dairy Farmers of America, Inc.*, No. 2:26-cv-00250-JCM-BNW (D. Nev. Mar. 2, 2026)].  The Court held that ByHeart's Motion to Compel was not mooted by DFA's recent joinder as a party to the underlying action, and recognized ByHeart's diligent efforts to resolve the dispute through multiple meet-and-confers, concluding that "ByHeart was substantially justified in filing [its] motion and requesting that it be heard on an emergency basis."  *Id.*  Rather than ruling on the merits of the Motion, however, the Court transferred it to the District Court for the Southern District of Texas, the court from which the subpoena had issued, based on case management considerations.

The District Court in Texas similarly recognized that ByHeart's desire "to conduct testing of the product . . . seems understandable" and "relevant," Ex. I, at 12:8-10 [Mar. 13, 2026 Status Conf. Tr.], just as ByHeart's "request for documents is potentially relevant," *id.* 10:4-5.  The Court did not want to rule on a discovery motion while Plaintiffs' Motion to Transfer and Centralize was pending and denied the Motion to Compel without prejudice to refiling if the cases were not consolidated.

Now that the Transfer Motion has been granted, ByHeart and the Plaintiffs involved in the action in which the subpoena was issued respectfully ask the Court to set a hearing on the Motion to Compel or, in the alternative, rule based on the papers filed to date.  We are attaching the full briefing and the transcript from the argument in the Southern District of Texas (there was no oral argument in the District of Nevada) as Exhibits A - J.

---

[1] ByHeart sought these samples by serving a subpoena on DFA on December 16, 2025, that was issued in *Joseph, et al. v. ByHeart, et al.*, No. 3:25-cv-00391 (S.D. Tex.), an early personal injury case in which discovery was then open.

MUNGER, TOLLES & OLSON LLP

Hon. Arun Subramanian
April 10, 2026
Page 3

Respectfully,

MUNGER, TOLLES & OLSON LLP

*Bethany Kristovich*

Bethany W. Kristovich

BWK