UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation*

26-md-3178 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The parties should meet and confer and on or before April 20, 2026, file a joint letter that provides the following information:

1. A brief, non-argumentative summary of the member cases;

2. The parties' views on the appropriate next steps in these cases (e.g., schedule for motions and discovery, lead counsel selection);

3. The parties' availability for a hearing in early May.

Separately, defendant ByHeart, Inc.'s motion for discovery, Dkt. 2, is GRANTED. Dairy Farmers of America should produce the samples and requested documents on or before April 20, 2026. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 2.

SO ORDERED.

Dated: April 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge