

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

April 14, 2026

**BY ECF**

Hon. Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *In re: ByHeart, Inc.,* **Case No. 1:26-md-03178-AS – Defendant Dairy Farmers of America, Inc.'s Response to ByHeart's Discovery Dispute Letter and Request for Partial Reconsideration of April 13, 2026 Order**

Dear Judge Subramanian:

I write on behalf of Dairy Farmers of America, Inc. ("DFA"), a defendant in certain of the above-referenced cases, in response to the Discovery Dispute Letter filed by Defendant ByHeart, Inc. ("ByHeart") on April 10, 2026 (ECF No. 2) and to request partial reconsideration of the Court's Order dated April 13, 2026 requiring DFA to produce dry milk powder samples for destructive testing on or before April 20, 2026 (ECF No. 3).

The Court issued its Order in response to ByHeart's Discovery Dispute Letter, which ByHeart filed without notifying DFA in advance and without engaging in the meet-and-confer efforts required under Your Honor's Individual Practice Rules.  The Discovery Dispute Letter contains numerous factual inaccuracies, and DFA was in the process of preparing a response in accordance with Individual Practice Rule 5.E when the Court issued its Order.  DFA respectfully requests that the Court stay its Order until all cases have been transferred to this Court and all parties have had a chance to meet and confer and agree upon an appropriate testing laboratory and protocol for the destructive testing of limited-quantity product retains.

ByHeart is seeking a full-kilogram sample from each lot of Organic West product retains in DFA's possession (which ranges from one third to two thirds of the remaining product retains, depending on the lot), so that ByHeart can unilaterally conduct destructive testing of those samples at a third-party laboratory that is not accredited to perform the test ByHeart plans to commission.  ByHeart misleadingly represents in its Discovery Dispute Letter that Organic West – the supplier who sold the dry milk powder to ByHeart – consented to the production of its samples for testing, and that DFA "refused" to produce them.  (ECF No. 2 at 2).  But Organic West *expressly* conditioned its consent on ByHeart and DFA mutually agreeing on an appropriate laboratory and methodology for testing, and DFA has "refused" to release the samples because ByHeart has failed to provide any evidence that its lab is accredited to perform the test ByHeart wishes it to perform (which, incidentally, differs from the test the FDA uses for *C. Bot* detection).  (ECF No. 2-1, Laird. Decl. ¶ 18 (p. 33 of 174) & Ex. L (p. 120 of 174); *see also* ECF No. 2-8 at 2-3.)  ByHeart further argues that it needs the samples now because "the parties" are engaged in a mediation (ECF No. 2 at 2), but only some of the parties to the cases underlying this multi-district litigation are participating in that mediation, not all parties.

Allowing ByHeart to commandeer a substantial portion of limited-quantity Organic West product retains on an expedited basis to conduct unaccredited, destructive testing for purposes of a private mediation will result in prejudice to DFA and other parties who may wish to have the samples tested using an accredited lab and a certified methodology in the future.  DFA respectfully requests

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.  Business Service Centers: Johannesburg  Louisville.  Legal Services Center: Berlin.  For more information see www.hoganlovells.com

Hon. Arun Subramanian                - 2 -

that the Court stay its Order until all cases have been transferred in, and until all parties have had adequate time to meet and confer regarding an appropriate laboratory and testing protocol for any destructive testing of product samples.

DFA appreciates that this issue involves complex factual considerations and has arisen quickly, so DFA is happy to answer any questions that the Court has or provide additional information as would assist the Court.  We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Benjamin A. Fleming

Benjamin A. Fleming
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
T: (212) 918-3283
F: (212) 918-3100
Email: benjamin.fleming@hoganlovells.com

Lauren S. Colton (Lead Counsel, *pro hac vice* forthcoming)
Marc A. Marinaccio (*pro hac vice* forthcoming)
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, Maryland 21202
T: (410) 659-2700
F: (410) 659-2701
Email: lauren.colton@hoganlovells.com
Email: marc.marinaccio@hoganlovells.com

*Attorneys for Defendant Dairy Farmers of America, Inc.*

cc:      All counsel of record