# REESE LLP

**Via ECF**                                    April 15, 2026
Honorable Arun Subramanian
United States District Court
  for the Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:    *ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litig.*
       Case No. 26-md-3178 (AS)

Dear Judge Subramanian:

My firm and I are counsel for plaintiffs in two of the proposed class actions before Your Honor that constitute the above-referenced multidistrict litigation ("MDL").

I submit this letter pursuant to section 3.A of Your Honor's Individual Practices in Civil Cases to request that the first case management conference before Your Honor be allowed to proceed on a hybrid basis whereby some counsel are able to appear telephonically and some appear in-person. I am gathering dates of availability from counsel for the scheduling of the initial case management conference in response to Your Honor's April 13, 2026 Order (ECF No. 3) that we will submit to Your Honor on April 20, 2026. Given that this MDL involves numerous counsel geographically dispersed across the United States, I make this request on their behalf in order to accommodate as efficiently as possible the scheduling of the initial case management conference.

I have conferred with counsel for the plaintiffs in the other class actions as well as counsel for ByHeart, Inc. regarding this request, all of whom agree to the relief it seeks.

Respectfully submitted,

Michael R. Reese