

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

April 15, 2026

**BY ECF**

Hon. Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> **Re:** ***In re: ByHeart, Inc.,*** **Case No. 1:26-md-03178-AS – Defendant Dairy Farmers of America, Inc.'s Further Response to ByHeart's Discovery Dispute Letter and Request for Partial Reconsideration of April 13, 2026 Order**

Dear Judge Subramanian:

I write on behalf of Dairy Farmers of America, Inc. ("DFA"), a Defendant in certain of the above-referenced cases, to briefly clarify the record in response to ByHeart Inc.'s ("ByHeart") letter dated April 14, 2026 (ECF No. 5) regarding DFA's request for a brief stay of the Court's April 13, 2026 Order requiring production of product samples for destructive testing.

Despite ByHeart's representations, no court has ruled on, much less "rejected," the key issue that warrants a brief stay of this Court's Order:  ensuring that *all* interested stakeholders have an opportunity to be heard before limited-quantity samples are irreparably destroyed for unaccredited testing.  Indeed, each court that has previously addressed ByHeart's motion to compel has recognized the importance of that issue:

- <u>D. Nev. Court Order</u>:  "It would be premature for this Court to resolve discovery matters either before the court handling the MDL or the Southern District of Texas sets forth the appropriate discovery parameters***. This is especially true given the fact that there is a finite amount of product retains***—and that parties in both this and other cases (as well as the FDA) have different interests and needs regarding how to utilize and test this product. Determining whether the product should be produced—and if so, in what quantity, under what safeguards, and pursuant to what testing procedures—is best left to a court with the complete understanding of *all competing positions*."  (ECF No. 2-7 at 4) (emphasis added).

- <u>S.D. Tex. Transcript</u>:  "Upfront, I'm sort of hesitant to order discovery at this point in time unless there is some degradation that I am -- I'll see what the Mullane affidavit says. Otherwise, to me, *it just makes more sense, as Mr. Oakley has pointed out, to wait until everyone is at the table to do this at one time before the Judge who will ultimately handle all this*. The only concern I would have -- and I fully understand and appreciate Mr. Levin's desire for efficiency and speed. My only real concern would be, hey, is there a reason we have to do this now because, otherwise, there is going to be some sort of degradation or some sort of loss of samples or documents."  (ECF No. 2-9 at 18:4-15) (emphasis added).

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.  Business Service Centers:  Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com

Hon. Arun Subramanian                    - 2 -
United States District Judge

- S.D. Tex. Order:  "Once this case is transferred by the MDL Panel to a single court for pretrial proceedings, then *all interested parties can discuss* an appropriate scope of document discovery as well as *a testing protocol for the limited quantity of relevant samples that may exist*."  (ECF No. 2-10 at 2-3) (emphasis added).

ByHeart does not dispute that IEH is not accredited to conduct the test it proposes to perform. Nor does ByHeart dispute that there is a limited quantity of product retains remaining – it merely opines that, in ByHeart's view, DFA would have "ample" quantities left for additional testing.  Nor does ByHeart represent that *all* parties to the actions underlying this MDL who would be impacted by destructive testing of these limited-quantity samples have consented to the unaccredited testing or the purported "testing protocol" attached to ByHeart's letter (which is just the technical specification for the test, not a protocol for how the sampling and testing would be conducted for purposes of this action).  Instead, ByHeart represents only that the Plaintiffs' counsel in the underlying Joseph Action have so consented (even though this MDL involves multiple other plaintiffs represented by separate counsel, as well as other defendants).  Most importantly, *ByHeart still has not identified any legitimate need to rush* destructive testing before all parties have had a chance to be heard.

To be clear, DFA is not attempting to forestall testing; DFA simply seeks a brief stay of the Order until after the Court holds an initial conference and for all affected parties to be heard before any limited-quantity samples are irreversibly destroyed for unaccredited testing.

Again, we thank the Court for its attention to this matter, and are happy to answer any questions the Court may have.

Respectfully submitted,

/s/ Benjamin A. Fleming

Benjamin A. Fleming
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
T: (212) 918-3283
F: (212) 918-3100
Email: benjamin.fleming@hoganlovells.com

Lauren S. Colton (Lead Counsel, *pro hac vice* forthcoming)
Marc A. Marinaccio (*pro hac vice* forthcoming)
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, Maryland 21202
T: (410) 659-2700
F: (410) 659-2701
Email: lauren.colton@hoganlovells.com

Hon. Arun Subramanian                                    - 3 -
United States District Judge

Email: marc.marinaccio@hoganlovells.com

*Attorneys for Defendant Dairy Farmers of America, Inc.*

cc:       All counsel of record