UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation* | Case No.: 1:26-md-03178-AS |
| MDL No. 3178 | Hon. Arun Subramanian |
| Related Case Nos.  1:25-cv-09419-AS, 1:25-cv-09543-AS, 1:25-cv-09550-AS, 1:25-cv-09597-AS, 1:25-cv-09714-AS, 1:25-cv-09774-AS, 1:25-cv-10011-AS, 1:25-cv-10243-AS, 1:26-cv-02891-AS, 1:26-cv-02896-AS, 1:26-cv-02899-AS, 1:26-cv-02902-AS, 1:26-cv-02904-AS, 1:26-cv-03085-AS, 1:26-cv-03091-AS | **DESIGNATION OF LEAD TRIAL COUNSEL** |

Pursuant to this Court's Individual Practices, Defendant ByHeart, Inc. designates Bethany W. Kristovich, an attorney with the law firm of Munger, Tolles & Olson LLP, as Lead Trial Counsel in the above-captioned matter.

DATED: April 15, 2026                    Respectfully submitted,

By: */s/ Bethany W. Kristovich*
Bethany W. Kristovich (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
bethany.kristovich@mto.com

Attorney for Defendant ByHeart, Inc.