

**MARCI D. MITKOFF**
mmitkoff@grsm.com
Direct (332) 230-2164

**EDWARD M. SLAUGHTER**
eslaughter@grsm.com
Direct (214) 231-4678

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

April 15, 2026

**Via ECF**

Honorable Arun Subramanian
United States District Judge
United States Courthouse
500 Pearl St. New York, NY 10007-1312

> **Re:** ***In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation*** | **No. 1:26-md-03178-AS** | **United States District Court** | **Southern District of New York**
>
> ***Transferred from:***
>
> ***Anit Joseph, et al., v. ByHeart, Inc., et al.***, | **Case No. 3:25-cv-00391 United States District Court** | **Southern District of Texas** | **Galveston Division**

Dear Judge Subramanian:

Our firm represents Defendant Organic West Milk Inc. ("OWM"), in the above-referenced cases. We look forward to our initial conference before the Court.

In *Anit Joseph, et al., v. ByHeart, Inc., et al.*, Case No. 3:25-cv-00391 before the United States District Court for the Southern District of Texas, the Plaintiffs filed their initial Complaint on December 1, 2025. (ECF No. 1). On February 11, 2026, Plaintiffs filed their Second Amended Complaint adding OWM as a defendant. (ECF No. 26). OWM waived service of process, and its deadline to respond to Plaintiffs' Second Amended Complaint or otherwise answer is April 20, 2026. (ECF No. 29).

On January 15, 2026, a Motion to Transfer and Centralize Related Actions ("MDL Motion") was filed before the JPML requesting that this action, along with eighteen others, be centralized in a multidistrict litigation and transferred for pretrial purposes. *In re ByHeart Infant Botulism Litigation*, MDL No. 3187 (S.D.N.Y.) (ECF No. 1-1). On April 2, 2026, the JPML

Honorable Arun Subramanian
April 15, 2026
Page 2

entered the Transfer Order, transferring all cases listed on Schedule A to this Court for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407. (ECF No. 61).

By way of this letter, the undersigned respectfully requests that the Court construe this letter as a motion for extension of time for OWM to file an answer or otherwise respond to Plaintiffs' Second Amended Complaint in *Anit Joseph, et al v. ByHeart, Inc., et al* until thirty (30) days after the JPML's ruling on the MDL Motion entered on April 2, 2026, making OWM's new deadline to answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint (ECF No. 26) Monday, May 4, 2026.

Counsel for the parties have conferred and Plaintiffs have indicated they are unopposed to the relief sought by Defendant.

This extension will not prejudice any party to this action. Prior to the transfer and consolidation with this case, similar relief was sought and granted for Defendants ByHeart and Target. (ECF Nos. 20, 28). This extension is not sought for delay but rather so that justice may be done.

In accordance with this Court's local rules, the requested responses under Rule 3(E) are below:

(1)  The original date to file answer:                        April 20, 2026;
(2)  Number of previous request for Extension:               Zero;
(3)  Whether request were previously granted or denied:  Not applicable;
(4)  The reasons for the requested extension:                To timely respond;
(5)  Whether the adversary consents:                        Plaintiffs are unopposed;
(6)  The date of the parties' next scheduled appearance:  Unknown.

For the reasons stated herein, OWM respectfully requests the Court grant this motion and extend its deadline to answer or otherwise respond to Plaintiffs' Second Amended Complaint to Monday, May 4, 2026.

Thank you in advance.

Honorable Arun Subramanian
April 15, 2026
Page 3

Respectfully submitted,

/s/ Marci D. Mitkoff
Marci D. Mitkoff

GRANTED. OWM's deadline to
answer, move, or otherwise respond
to Plaintiffs' Second Amended
Complaint is now May 4, 2026.

The Clerk of Court is respectfully
directed to terminate the motion at
Dkt. 9.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 15, 2026

Marci D. Mitkoff
GORDON REES SCULLY MANSUKHANI, LLP
1 Battery Park Plaza, 28th Floor
New York, NY  10004
T: (212) 269-5500
F: (212) 269-5505
mmitkoff@grsm.com

Edward M. Slaughter (Lead Counsel, *pro hac vice*
forthcoming)
Savannah Caroline Cole (*pro hac vice*
forthcoming)
GORDON REES SCULLY MANSUKHANI, LLP
2200 Ross Ave., Suite 3700
Dallas, TX 75201
T: (214) 231-4660
F: (214) 461-4053
eslaughter@grsm.com
ccole@grsm.com

*Attorneys for Defendant Organic West Milk Inc.*

cc:     All counsel of record