UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation* | 26-md-3178 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court will hold a teleconference today, **April 16, 2026, at 4:00 PM ET**, to discuss DFA's request for partial consideration of this Court's April 13, 2026 Order, Dkt. 3. Any party that wishes to be heard on this issue should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **189 593 355**, followed by the pound (#) sign.

SO ORDERED.

Dated: April 16, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge