UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re: ByHeart, Inc., Infant Formula
Marketing, Sales Practices, and Products
Liability Litigation

Case No.: 1:26-md-03178

**NOTICE OF APPEARANCE**

------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel of record for

plaintiffs Mariah Pilato and Ashley Martinez. The undersigned certifies that he is admitted to

practice in this Court, and requests that all notices, pleadings, and other documents given or filed

in the above-captioned action be given and served upon the undersigned attorney.

Dated: Poughkeepsie, New York
        April 16, 2026

Respectfully submitted,

**SULTZER & LIPARI, PLLC**

/s/ Joseph Lipari

By:_____

Joseph Lipari
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
liparij@thesultzerlawgroup.com

*Attorneys for Plaintiffs Mariah*
*Pilato and Ashley Martinez*