**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: BYHEART, INC., INFANT FORMULA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to *Joseph v. ByHeart, Inc.*, et al., No. 1:26-cv-02899-AS | 1:26-md-03178 (AS)<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF LAUREN S. COLTON** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Lauren S. Colton hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Dairy Farmers of America, Inc., in the above captioned action.

I am in good standing of the bar of Maryland, as shown in the Certificate of Good Standing, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

DATED: April 16, 2026

Respectfully submitted,

*/s/ Lauren Colton*
Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2700
Facsimile: (410) 659-2701
lauren.colton@hoganlovells.com

*Counsel for Defendant Dairy Farmers of America, Inc.*