

faegredrinker.com

**Rory F. Collins**
Partner
rory.collins@faegredrinker.com
+1 612 766 8744 direct

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
+1 612 766 7000 main
+1 612 766 1600 fax

April 16, 2026

**<u>VIA ECF FILING</u>**

The Honorable Arun Subramanian
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:    In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability
       Litigation, No. 1:26-md-03178-AS

       This Document Relates To:

       Amy and Anthony Mazziotti, individually and on behalf of their minor child, H.M. v.
       ByHeart, Inc. and Target Corp., No. 2:25-cv-12116 (pending transfer from C.D. Cal.)

Dear Judge Subramanian:

Plaintiffs Amy and Anthony Mazziotti, individually and on behalf of their minor child, H.M.,
("Plaintiffs") and Defendant Target Corporation ("Target" or "Defendant") respectfully submit
this joint letter-motion to stay the deadline for Target to answer, move, or otherwise respond to
Plaintiffs' operative complaint until this action is transferred to the Southern District of New York
and the Parties receive further orders from Your Honor related to initial deadlines and procedures
in *In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability
Litigation*, Case No. 1-26-md-03178-AS.

On December 23, 2025, Plaintiffs filed a Complaint against Target in the United States District
Court for the Central District of California. On February 9, 2026, the California court granted the
Parties' Stipulation to Extend Target's Time to Respond to Initial Complaint and directed Target
to respond to the Complaint within 30 days of the Judicial Panel on Multidistrict Litigation (JPML)
ruling on the then pending Motion to Transfer and Coordinate or Consolidate Pretrial Proceedings,
**or** April 17, 2026, whichever occurs first. Prior to this letter-motion, that stipulation was Target's
only request for an extension in this action.[1]

On April 2, 2026, the JPML granted the Motion to Transfer and Coordinate or Consolidate Pretrial
Proceedings.[2] Accordingly, Target's deadline to answer, move, or otherwise respond to Plaintiffs'

---

[1] Out of an abundance of caution and because this action has yet to be transferred to the Southern District
of New York, Target also filed a Stipulation to Stay Target's Deadline to Respond to Operative Complaint
in the Central District of California case yesterday, April 15, 2026.

[2] Target is a defendant in four of the personal injury cases covered in the JPML Transfer Order: *Amy and
Anthony Mazziotti, individually and on behalf of their minor child, H.M. v. ByHeart, Inc. and Target Corp.*,

- 2 -                                                                                              April 16, 2026

Complaint is April 17, 2026, because that date is earlier than thirty (30) days after April 2, 2026, which is May 4, 2026.

Pursuant to the JMPL Transfer Order, this action will soon be transferred to this Court. Counsel for Plaintiffs and Target have conferred and mutually agree that Target's current responsive pleading deadline should therefore be stayed pending completion of this transfer and further orders from Your Honor regarding initial deadlines and procedures. An extension would avoid the unnecessary expenditure of resources required to respond to the Complaint at this time, considering the pending transfer and ongoing discussions by the parties as to a process for filing a consolidated pleading and/or addressing case-specific pleading issues, among other matters. Plaintiffs consent to this stay.

This stay would not affect any other existing deadlines, including the April 20, 2026 deadline for the parties in *In Re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation*, No. 1:26-md-03178-AS to meet and confer and file a joint letter regarding the initial case management conference. The date for the next appearance before the Court in this matter has not been scheduled.

Accordingly, in the interests of party and judicial economy, Plaintiffs and Target respectfully request that the Court enter an order staying Target's currently scheduled deadline of April 17, 2026 to answer, move, or otherwise respond to the Complaint.

Respectfully submitted,

*/s/ Rory F. Collins*

Rory F. Collins

---

C.D. Cal., No. 2:25-cv-12116; *Anthony Barbera and Thalia Flores, individually and on behalf of A.B., a minor v. ByHeart, Inc. and Target Corp.*, E.D. Cal., No. 2:25-cv-03339; *Anit Joseph and Luke Pooley, individually and as next friend of K.P., a minor v. ByHeart, Inc. and Target Corp.*, S.D. Tex., No. 3:25-cv-00391; and *Madison and Tyler Wescott, individually and on behalf of K.W., a minor v. ByHeart Inc. and Target Corp.*, W.D. Wash., No. 3:25-cv-06039.