UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| In Re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation |

26-MD-3178 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed on the record at the April 16, 2026, conference in this proceeding, the Court modifies its order at Dkt. 3 as follows:

1.  ByHeart will confer with IEH, and **by April 20, 2026**, furnish to the Court and parties the minimum amount of the requested samples needed by IEH to perform its testing, mindful of the concerns raised by DFA. The Court will promptly enter an order on the volume to be produced.

2.  The parties and DFA will promptly meet and confer to try to resolve any issues with the sampling and production process. The parties should submit a joint letter no later than **Wednesday, April 22, 2026**, either advising the Court that there are no disputes, or explaining what issues remain to be hammered out. Production of the requested samples will take place promptly thereafter (i.e., by **Friday, April 24, 2026**).

3.  If there is a dispute, the Court will hold a teleconference at **4 pm on Thursday, April 23, 2026**, on a dial-in line to be posted to the docket.

4.  The requested documents should be produced on or before **April 20, 2026**, and any confidential documents will be treated as Attorney's Eyes Only pending the entry of a protective order in this case. The parties should meet and confer on a protective order and submit it for Court approval on or before **April 22, 2026**.

SO ORDERED.

Dated: April 16, 2026
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge