

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

April 19, 2026

**BY ECF**
Hon. Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:    *In re: ByHeart, Inc.,* **Case No. 1:26-md-03178-AS – Defendant Dairy Farmers of America, Inc.'s Response to ByHeart's Letter Dated April 17, 2026 Relating to Testing of Samples**

Dear Judge Subramanian:

I write on behalf of Dairy Farmers of America, Inc. ("DFA") in response to the letter filed by ByHeart, Inc. ("ByHeart") (ECF No. 22) regarding sampling volumes for testing pursuant to the Court's April 17, 2026 Order (ECF No. 19). Given the limited quantity of samples remaining, DFA continues to have serious concerns about the destructive testing of 1000g of retains by a laboratory that is not accredited to conduct the very test it proposes to perform. Consistent with DFA's previously expressed concerns about proceeding with destructive testing on an expedited basis without the involvement of all interested parties in developing the testing protocol, IEH's own letter confirms that, in circumstances where the parties do not stipulate to testing by a single laboratory, retains are typically divided equally among the interested parties.  (ECF No. 22 at 3).  Here, not all interested parties will be involved in the ordered testing because the related cases have not yet been transferred into the MDL. In addition, because the FDA's root cause investigation ongoing, it is unknown whether the agency will request additional samples.

For these reasons, although DFA will provide 1000g for lots with over 2000g of retains remaining, DFA respectfully requests that for the six of twenty-eight lots with 2000g or less of retains remaining, DFA be permitted to produce 50% of the remaining retains and retain 50% for any future needs.

DFA will, of course, comply with the Court's order as to the volume of samples to be produced. DFA, however, reserves all objections to the reliability of any results obtained from ByHeart's destructive testing.

Thank you for your attention to this matter. We remain available to answer any questions the Court may have.

Respectfully submitted,

/s/ Benjamin A. Fleming

Benjamin A. Fleming
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.  Business Service Centers:  Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com

\\1050699  4151-8316-5800  v1

Hon. Arun Subramanian                    - 2 -
United States District Judge

T: (212) 918-3283
F: (212) 918-3100
Email: benjamin.fleming@hoganlovells.com

Lauren S. Colton (Lead Counsel, *pro hac vice*
   forthcoming)
Marc A. Marinaccio (*pro hac vice* forthcoming)
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, Maryland 21202
T: (410) 659-2700
F: (410) 659-2701
Email: lauren.colton@hoganlovells.com
Email: marc.marinaccio@hoganlovells.com

*Attorneys for Defendant Dairy Farmers of
America, Inc.*

cc:      All counsel of record

\\1050699  4151-8316-5800  v1                  - 2 -