

**MARLER CLARK INC., PS** | 180 Olympic Dr S.E., Bainbridge Island, WA 98110
**TEL** 1.206.346.1888 | **FAX** 1.206.346.1898 | **EMAIL** marler@marlerclark.com | **WEB** marlerclark.com

**WILLIAM D. MARLER**
**WRITER'S DIRECT LINE**
**(206) 346-1890**
**BMARLER@MARLERCLARK.COM**

April 22, 2026

**<u>VIA ECF</u>**

The Honorable Arun Subramanian
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007-1312

> **RE:  IN RE: BYHEART, INC., INFANT FORMULA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, CASE NO. 1:26-MD-03178-AS**

Dear Judge Subramanian:

Pursuant to the Court's Order dated April 16, 2026 (Dkt. 19), Plaintiffs' counsel, on behalf of both the personal injury and economic loss plaintiffs, respectfully submit that Plaintiffs prefer the Court's Model Protective Order.[1]

Defendants have advised that they have developed their own proposed protective order, which Plaintiffs do not agree to. Accordingly, Defendants will submit their proposed order separately for the Court's review and consideration.

Respectfully Submitted,

     **MARLER CLARK, INC., PS**

By: <u>/s/ William D. Marler</u>
   William D. Marler, Esq.
   *pro hac vice forthcoming*
   180 Olympic Drive S.E.
   Bainbridge Island, WA 98110
   Telephone: (206) 346-1888
   bmarler@marlerclark.com

   *Attorney for Plaintiffs*

cc: All Counsel via ECF

---

[1] Hon. Arun Subramanian Model Protective Order, U.S. Dist. Ct. for the S.D.N.Y., https://nysd.uscourts.gov/sites/default/files/practice_documents/AS%20Subramanian%20Model%20Protective%20Order.pdf