# In Re Botulism Infant Formula MDL

April 22, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE: IN RE: BYHEART, INC., INFANT FORMULA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, CASE NO. 1:26-MD-03178-AS

Dear Judge Subramanian:

The parties in the above-referenced proceeding write to respectfully request a one-day extension of the Court's April 16, 2026 Order requiring the Parties to advise the Court of any remaining disputes regarding the "sampling and production process." ECF No. 19. Specifically, the parties request that the deadline be extended to Thursday, April 23, 2026, while maintaining the currently scheduled hearing at 4:00 p.m. Eastern that same day to address any disputes.

The parties are in the process of reviewing a draft sampling protocol and require additional time to obtain expert input. ByHeart will proceed with sample collection on April 24, 2026, consistent with the Court's April 20 Order, and that timing will not be affected by this request.

We are happy to answer any questions the Court may have, and thank the Court for its attention to this matter.

Hon. Arun Subramanian
April 22, 2026
Page 2 of 8

Respectfully submitted,

*Counsel for Personal Injury Plaintiffs:*

/s/ William D. Marler
William D. Marler
**MARLER CLARK, INC., PS**
180 Olympic Dr. SE
Bainbridge Island, WA 98110
206-346-1888
Email: bmarler@marlerclark.com

/s/ Brendan J. Flaherty
Brendan J. Flaherty
Ryan Osterholm
**OFT LAW, PLLC**
800 LaSalle Ave., Suite 2260
Minneapolis, MN 55402
888-828-7087
Fax: 888-239-0559
Email: brendan@oftlaw.com
Email: ryan@oftlaw.com

/s/ Travis Edward Venable
Travis Edward Venable
**THOMAS J. HENRY INJURY ATTORNEYS**
28010 Carmel Valley
Boerne, TX 78015
865-809-6216
Email: tvenable-svc@tjhlaw.com

/s/ James A. Sellers II
James A. Sellers II
**JOHNSON & TAYLOR**
1193 Liberty St. SE
Salem OR 97302
503-990-6641
Email: james@johnsontaylorlaw.com

/s/ Amanda Mae Martin
Amanda Mae Martin
**DISPARTI LAW GROUP**
121 West Wacker
Suite 2300
Chicago, IL 60601
312-506-5511
Fax: 312-846-6363
Email: amartin@dispartilaw.com

/s/ Fabrice N. Vincent
Fabrice N. Vincent
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
415-956-1000
Email: FVINCENT@lchb.com

Hon. Arun Subramanian
April 22, 2026
Page 3 of 8


/s/ Daniel Edward Seltz
Daniel Edward Seltz
**LIEFF CABRASER HEIMANN &
BERNSTEIN LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
212-355-9500
Email: dseltz@lchb.com


*Counsel for Economic Loss Plaintiffs:*


/s/ Michael Robert Reese
Michael Robert Reese
**REESE LLP**
100 West 93rd Street
Ste 16th Floor
New York, NY 10025
212-594-5300
Email: mreese@reesellp.com

/s/ Francesca K. Burne
Francesca K. Burne
Jean Sutton Martin
**AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ**
17 E. Main Street
Suite 200
Pensacola, FL 32502
850-202-1010
Email: fburne@awkolaw.com
Email: Jmartin@awkolaw.com


/s/ Madeline Rose Sheffield
Madeline Rose Sheffield
**ISRAEL DAVID LLC**
17 State Street
Suite 4010
New York, NY 10004
585-230-1868
Email: madeline.sheffield@davidllc.com

/s/ Russel Busch
Russell Busch
**BRYSON HARRIS SUCIU & DeMAY PLLC**
11 Park Place
3rd Floor
New York, NY 10007 919-926-7948
Email: rbusch@brysonpllc.com

3

Hon. Arun Subramanian
April 22, 2026
Page 4 of 8

/s/ Nick Suciu, III
Nick Suciu, III
**BRYSON HARRIS SUCIU & DEMAY PLLC**
6905 Telegraph Rd.
Suite 115
Bloomfield Hills, MI 48301
616-678-2180
Email: nsuciu@brysonpllc.com

/s/ Daniel Harris Markowitz
Daniel Harris Markowitz
Jason P. Sultzer
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza
Suite 200
Poughkeepsie, NY 12601
845-483-7100
Fax: 888-749-7747
Email: markowitzd@thesultzerlawgroup.com
Email: sultzerj@thesultzerlawgroup.com

/s/ Brittany S. Scott
Brittany S. Scott
**SMITH KRIVOSHEY**
28 Geary Street
Suite 650 #1507
San Francisco, CA 94108
415-839-7000
Email: brittany@skclassactions.com

/s/ Michael Neal Pollack
Michael Neal Pollack
Mark Samuel Reich
**LEVI & KORSINSKY LLP**
33 Whitehall St
27th Floor
New York, NY 10004
201-294-1566
Email: mpollack@zlk.com
Email: mreich@zlk.com

/s/ Shanon J. Carson
Shanon J. Carson
Jacob M. Polakoff
Justin D. Cole, I
**BERGER MONTAGUE PC**
1818 Market Street
Suite 3600
Philadelphia, PA 19103
215-875-5816
Email: jpolakoff@bm.net
Email: jcole@bergermontague.com
Email: scarson@bergermontague.com

/s/ Ariana B. Kiener
Ariana B. Kiener
Jordan C. Hughes
**BERGER MONTAGUE**
1229 Tyler St NE
Ste 205
Minneapolis, MN 55413
612-666-3066
Email: akiener@bm.net
Email: jhughes@bergermontague.com

Hon. Arun Subramanian
April 22, 2026
Page 5 of 8

/s/ Zachary Arbitman
Zachary Arbitman
George Aloysius Donnelly , IV
Nicole Maruzzi
**FELDMAN SHEPHERD**
**WOHLGELERNTER TANNER**
**WEINSTOCK DODIG LLP**
1845 Walnut St
21st Floor
Philadelphia, PA 19103
215-567-8300
Fax: 215-567-8333
Email: zarbitman@feldmanshepherd.com
Email: gdonnelly@feldmanshepherd.com
Email: nmaruzzi@feldmanshepherd.com

/s/ Frederick John Klorczyk
Frederick John Klorczyk
**KAMBERLAW, LLC**
305 Broadway, Suite 713
New York, NY 10007
646-964-9604
Email: fklorczyk@kamberlaw.com

/s/ Brett R. Cohen
Brett R. Cohen
**LEEDS BROWN LAW PC**
1 Old Country Road, Suite 347
Carle Place, NY 11514
516-873-9550
Fax: 516-747-5024
Email: bcohen@leedsbrownlaw.com

*Counsel for Defendant ByHeart, Inc.:*

/s/ Bethany W. Kristovich
Bethany W. Kristovich
Daniel B. Levin
Juliana M. Yee
**MUNGER TOLLES & OLSON**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071-3426
213-683-9100
Email: bethany.kristovich@mto.com
Email: daniel.levin@mto.com
Email: juliana.yee@mto.com

5

Hon. Arun Subramanian
April 22, 2026
Page 6 of 8

*Counsel for Defendant Walmart, Inc.:*

/s/ Jeffrey A. Webb
Jeffrey A. Webb (pro hac vice forthcoming)
**NORTON ROSE FULBRIGHT US LLP**
111 West Houston Street
Ste 1800
San Antonio, TX 78205
210-270-7160
Fax: 210-270-7205
Email: jeff.webb@nortonrosefulbright.com

/s/ Sedalia Jones-Kennelly
Sedalia Jones-Kennelly
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
214-885-8000
Fax: 214-855-8200
Email:
sedalia.jones.kennelly@nortonrosefulbright.com

*Counsel for Defendant Target Corporation:*

/s/ Sarah L. Brew
Sarah L. Brew
Alyssa L. Rebensdorf
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612-766-7470
Fax: 612-766-1600
Email: sarah.brew@faegredrinker.com
Email:
alyssa.rebensdorf@faegredrinker.com

/s/ Sara E. Inman
Sara E. Inman
**FAEGRE DRINKER BIDDLE & REATH LLP**
2323 Ross Avenue, Ste. 1700
Dallas, TX 75201
469-357-2500
Fax: 469-357-0860
Email: sara.inman@faegredrinker.com

/s/ Whitney A. Thompson
Whitney A. Thompson
**FAEGRE DRINKER BIDDLE & REATH LLP**
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
310-203-4000
Fax: 310-229-1285
Email:
whitney.thompson@faegredrinker.com

/s/ Jessica R. Maziarz
Jessica R. Maziarz
**FAEGRE DRINKER BIDDLE & REATH LLP**
1500 K Street NW, Suite 1100
Washington, D.C. 20005
202-842-8800
Fax: 202-842-8465
Email: jessica.maziarz@faegredrinker.com

*Counsel for Defendant Mrs. Gooch's*

Hon. Arun Subramanian
April 22, 2026
Page 7 of 8

*Natural Food Markets, Inc., and*
*Amazon.com, Inc.:*

/s/ Kyle D. Cole
Kyle D. Cole
Brendan Murphy
**MORRISON FOERSTER**
12531 High Bluff Drive Suite 200
San Diego, CA 92130-2040
Email: kcole@mofo.com

*Sr. Corporate Counsel for Whole Foods:*

/s/ John Hempfling
John Hempfling
**WHOLE FOODS**
550 Bowie Street
Austin, Tx 78703-4644
512-477-4455
jhempf@amazon.com

*Counsel for Defendant Dairy Farmers of*
*America, Inc.:*

/s/ Lauren S. Colton
Lauren S. Colton
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Email: lauren.colton@hoganlovells.com

Hon. Arun Subramanian
April 22, 2026
Page 8 of 8

*Counsel for Defendant Organic West, Inc.:*

/s/ Michael Tener
Michael Tener
**LEONARDINI, DESPOTES,
GIANNECCHINI & NIMS LLP**
3414 Brookside Road, Suite 300
Stockton, CA 95219
Email: mtener@ldgnlaw.com

/s/ Edward M. Slaughter
Edward M. Slaughter
**GORDON REES SCULLY MANSUKHANI**
425 W. Capitol Avenue, Suite 3515
Little Rock, AR 72201
501-801-1805
Email: eslaughter@grsm.com

/s/ Marci Dee Mitkoff
Marci Dee Mitkoff
**GORDON REES SCULLY
MANSUKHANI**
1 Battery Park Plaza
28th Floor
New York, NY 10004
332-230-2164
Email: mmitkoff@grsm.com

8