# In Re Botulism Infant Formula MDL

April 22, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> RE:  IN RE: BYHEART, INC., INFANT FORMULA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, CASE NO. 1:26-MD-03178-AS

Dear Judge Subramanian:

The parties in the above-referenced proceeding write to respectfully request a one-day extension of the Court's April 16, 2026 Order requiring the Parties to advise the Court of any remaining disputes regarding the "sampling and production process." ECF No. 19. Specifically, the parties request that the deadline be extended to Thursday, April 23, 2026, while maintaining the currently scheduled hearing at 4:00 p.m. Eastern that same day to address any disputes.

The parties are in the process of reviewing a draft sampling protocol and require additional time to obtain expert input. ByHeart will proceed with sample collection on April 24, 2026, consistent with the Court's April 20 Order, and that timing will not be affected by this request.

We are happy to answer any questions the Court may have, and thank the Court for its attention to this matter.

GRANTED. The parties should notify the Court
of any remaining disputes by **3:00 PM ET today**.
If disputes remain, the Court will hold a
teleconference at **4:00 PM ET today**.

The parties should dial in by calling (646)
453-4442 and entering the Phone Conference ID:
**998 039 977**, followed by the pound (#) sign.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 23, 2026