## MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR. P.C.
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GLENN D. POMERANTZ
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
STUART N. SENATOR
KELLY M. KLAUS
LISA J. DEMSKY
MALCOLM A. HEINICKE
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
CAROLYN HOECKER LUEDTKE
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG P.C.
GINGER D. ANDERS P.C.
JOHN M. GILDERSLEEVE
ADAM B. WEISS
ACHYUT J. PHADKE
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER
JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
JONATHAN KRAVIS P.C.

JOHN L. SCHWAB
L. ASHLEY AULL
WESLEY T.L. BURRELL
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
NICHOLAS D. FRAM
VINCENT Y. LING
VICTORIA A. DEGTYAREVA
JOHN B. MAJOR
RACHEL G. MILLER-ZIEGLER P.C.
FAYE PAUL TELLER
STEPHANIE G. HERRERA
JULIANA M. YEE
COLIN A. DEVINE
GIOVANNI S. SAARMAN GONZÁLEZ
ANNE K. CONLEY
DAVID W. MORESHEAD
ANDREW D. GARELICK
BRIDGET M. FITZPATRICK
ANDREW T. RADSCH
DANE P. SHIKMAN
JEREMY S. KREISBERG
XIAONAN APRIL HU
NICOLE M. HOWELL
SKYLAR B. GROVE
SAMUEL H. ALLEN
ROWLEY J. RICE
LAUREN E. ROSS
BENJAMIN G. BAROKH
ABE DYK
MEGAN MCCREADIE
RAQUEL E. DOMINGUEZ
ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
CARRIE C. LITTEN
JAMES R. SALZMANN
SEAN P. BARRY
MICHAEL I. SELVIN
HUNTER V. ARMOUR
NATHANIEL F. SUSSMAN
OLIVER BROWN
MATTHEW MIYAMOTO
BRIAN R. BOESSENECKER
ROBERT E. BOWEN
GRACE DAVIS FISHER
LAUREN N. BECK
CALEB W. PEIFFER
JAMIE LUMA
STEVEN B. R. LEVICK
JANELLE KRUMMEN

WILLIAM M. ORR
GABRIEL M. BRONSHTEYN
ROSIO FLORES ARRIAGA
JESSICA O. LAIRD
ERICA C. TOOCH
SARAH E. WEINER
EVAN MANN
ANDREW T. NGUYEN
SARA H. WORTH
MIRANDA E. REHAUT
STEPHANY REAVES
LAUREN E. KUHN
GARRETT SOLBERG
TED KANG
ADAM W. KWON
JOSEPH N. GLYNN
SIMON K. ZHEN
CARSON J. SCOTT
ROMAN LEAL
MATTHEW W. LINSLEY
ADEEL MOHAMMADI
TAYLOR L. BENNINGER
LORRAINE L. ABDULAHAD
CLARE KANE
SIDNEY M. EISNER
HELEN ELIZABETH WHITE
ALISON A. DOYLE
JASON D. WEISS
HENRY D. SHREFFLER
MILES W. UNTERREINER
LYNDSEY FRANKLIN
ANDREW DELAPLANE
ARIELLA PARK
LAURA PERRY STONE
JOSEPH MANTEGANI
GRAHAM J. WYATT
WESLEY P. DEVOLL
LAUREN A. BILOW
ALEXIS D. CAMPBELL
KYRA E. SCHOONOVER
WENDY Q. XIAO
DANIEL KANE
ADITI NARESH GHATLIA
ALBERTO J. DE DIEGO-HABEL
KYLE A. SCHNEIDER
CARL H. JIANG
BOBBY H. KIM
CLAIRE I. ROGERSON
LIAM GENNARI
CHARLES LAM
MAGGIE BUSHELL

REBECCA J. HANSEN
CONNOR HOGE
KEVIN HAN YANG
CORDELL A. BROWN
QIANZHE DANNY ZHANG
KYLE A. GROVES
ESTHENA BARLOW
CY EMEKA RAY
SUSANNAH M. L. GAGNON
DANIEL E. RUBIN
JIN NIU
SHUYU SUN
REBECCA M. HO
SASHA YUSUF
KEVIN CHIU
NICOLE R. ALLICOCK
SHANNON E. EAGEN
KAITLYN M. RUBCICH
JAKE TODD
ANGELA A.  URIBE
ANDREW J. SLOTTJE
CYNTHIA Y. LONG
GRACE I. REHAUT
JOSEPH TROY YOUNG
SEAN ST. CHARLES
ANDREW L. FENNING
ANASTASIA THATCHER
JANNET E. GOMEZ
JACOB M. GHANDOUR
SAHIL A. ALIM
CLAREANNE R. GOSCHKE
ABIGAIL H. SHIM

————

OF COUNSEL
KATHLEEN M. MCDOWELL
PATRICK J. CAFFERTY, JR.
DAVID H. FRY
BRADLEY R. SCHNEIDER
PETER E. GRATZINGER
ADAM R. LAWTON
SARAH J. COLE
ALLISON M. DAY
TERESA A. REED DIPPO
DAVID T. RYAN
LAURA M. LOPEZ

————

SEE MTO.COM FOR
JURISDICTIONS OF ADMISSION

350 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3426

TELEPHONE (213) 683-9100

——————

560 MISSION STREET

SAN FRANCISCO, CALIFORNIA 94105-3089

TELEPHONE (415) 512-4000

——————

601 MASSACHUSETTS AVENUE NW

SUITE 500E

WASHINGTON, D.C. 20001-5369

TELEPHONE (202) 220-1100

April 23, 2026

Writer's Direct Contact
(213) 683-9292
(213) 593-2892 FAX
bethany.kristovich@mto.com

VIA ECF

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation*, Case No. 1:26-md-03178-AS

Dear Judge Subramanian:

We write on behalf of Defendants ByHeart, Inc., Dairy Farmers of America ("DFA"), Organic West and Plaintiffs who asked to be heard on the issue ("Parties") in the underlying action regarding the sampling and testing protocol for the samples collected pursuant to the Court's April 20, 2026 Order.  The Parties have met and conferred and agree that representatives from IEH Laboratories and Consulting Group will collect samples from pre-identified lots of organic whole dry milk powder from DFA's plant in Fallon, Nevada on April 24, 2026.  The collection will be overseen by counsel for ByHeart, a ByHeart representative, counsel for DFA and DFA representatives.  The Parties have agreed upon a sampling protocol and stipulation governing the sampling and reporting for the destructive testing of the whole milk powder samples, and attach those hereto.  There are no remaining disputes regarding the protocol and stipulation at this time.

MUNGER, TOLLES & OLSON LLP

Hon. Arun Subramanian
April 23, 2026
Page 2

Respectfully,

MUNGER, TOLLES & OLSON LLP

Bethany W. Kristovich
*Counsel for ByHeart, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: BYHEART, INC., INFANT FORMULA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | 1:26-md-03178 (AS)<br><br>**[PROPOSED] STIPULATION GOVERNING SAMPLING AND REPORTING FOR DESTRUCTIVE TESTING OF WHOLE MILK POWDER SAMPLES** |

ARUN SUBRAMANIAN, U.S.D.J.

## STIPULATION GOVERNING SAMPLING AND REPORTING FOR DESTRUCTIVE TESTING OF POWDERED MILK SAMPLES

The Parties in the above-captioned case, by undersigned counsel, hereby stipulate and agree to the following provisions relating to the sampling of dry whole milk powder retains that is subject to the Court's Orders April 10, April 16, April 20, and April 23, 2026 (the "April Orders") and stored at Dairy Farmers of America ("DFA"). This Stipulation governs the conduct of, and reporting of test results for ByHeart, Inc.'s ("ByHeart"), destructive testing of portions of those retains by IEH Laboratories ("IEH'), which will be conducted pursuant to the Court's April 2026 Orders. No party shall conduct any tests on the dry whole milk powder retains other than for *Clostridium botulinum* as permitted under the April Orders without prior notice to the other Parties or order of the Court in the event that an agreement cannot be reached. The containers of batch retains for the 28 lots of whole milk powder retains subject to the April Orders will remain sealed and no product shall be removed from them for testing or any other purpose without prior notice to the Parties and the Court's approval. Any Party that receives a valid government request for additional testing and/or samples must provide notice

1

to the other parties that a request has been made and samples or testing will be conducted but it is not necessary to identify the identity of, or details about, the requestor if the requestor's identity is confidential.

Any sampling or testing of the remaining portions of the dry whole milk powder by the parties will be governed by future stipulations or Court order.

1.      Pursuant to the Court's April Orders, 1000g of the remaining product retains for each of the following lots will be made available for pickup by ByHeart and IEH personnel at DFA's Fallon, Nevada facility, for destructive testing at IEH:

- 2127230021
- 2127230561
- 2127231811
- 2127232441
- 2127240391
- 2127240611
- 2127240991
- 2127241201
- 2127241311
- 2127241381
- 2127250451
- 2127250661
- 2127250731
- 2127251001
- 2127251111

2

- 2127251181

- 2127251531

- 2127252021

- 2127252091

- 2127252231

- 2127252451

- 2127252611

2.     Pursuant to the Court's April Orders, fifty percent (50%) of the remaining product retains for each of the following lots will be made available for pickup by ByHeart and IEH personnel at DFA's Fallon, Nevada facility, for destructive testing at IEH:

- 2127232261

- 2127240371

- 2127240891

- 2127243481

- 2127243611

- 2127251991

3.     The parties acknowledge and agree that the testing for which samples are being provided pursuant to this Protocol is destructive and has been ordered by the Court.  Nothing in this Stipulation is intended as an endorsement of IEH or any testing or sampling ByHeart or IEH may perform after the samples are delivered into ByHeart or IEH's custody, or as a waiver of any party's objections or arguments with respect to the reliability of any such testing or results.

4.     As of the time of this stipulation, ByHeart has provided the names of the

3

representatives (including any ByHeart or IEH personnel, and any other persons) who will be picking up the product retains from DFA's Fallon, Nevada facility.

5.    Pre-Sampling Agreement:  The parties agree to the following:

- The sampling will take place at Dairy Farmers of America, Fallon Plant on April 24, 2026 at 9:00 AM.

- IEH personnel ("sampler") will pull the samples pursuant to the agreed upon sampling protocol described below, with representatives of ByHeart and DFA observing.

- IEH will be responsible for shipping the samples to the IEH laboratory and will provide to the parties the name and address of the specific IEH laboratory that will conduct the testing, as well as the laboratory's accreditation.

- Any changes to the above after agreement must be documented as a deviation under Section 12 below.

6.    Sampling Method: See Sampling Protocol attached hereto as Exhibit A.

7.    Sample Containers, Labeling, and Sealing: See Sampling Protocol attached hereto as Exhibit A.

8.    Chain of Custody During Transfer and Transport to IEH: A chain of custody form will be initiated at the Sampling Event and will accompany each sample at all times (physically and/or electronically).  Each transfer of custody must be documented with: date/time, from/to, organization, signature (or authenticated electronic sign-off), reason for transfer, condition upon transfer, and seal verification. Samples must remain under direct control of the sampler/lab/courier or in a secured area with controlled access. Unattended samples must be stored in a locked container/room. Any evidence of seal compromise, container damage, or unexplained gaps in custody must be documented promptly as a deviation (Section 12).

4

9.    Photography and Process Documentation:  Photographs shall be taken by ByHeart and/or IEH representatives of: (a) lot identification (e.g., labels/pallet tags/COA identifiers); (b) unopened containers prior to sampling; (c) sampling tools (cleanliness/setup); (d) collection of increments; (e) splitting process; (f) labeled containers for each split; (g) seal application with visible seal numbers; (h) packed shipping container and shipping label; and (i) receipt at lab (condition, seals).  Photographs must not capture unrelated proprietary information, personal data, or restricted areas beyond what is necessary to document the sampling/testing. Photo files will be stored as part of the case record, shared with parties upon request (Section 11), and treated as Confidential Information (Section 10).

10.    Confidentiality and Data Handling: All samples, observations, videos, photographs, and communications generated under this Stipulation, as well as any test results or final reports from any testing that may be conducted on the samples, will be designated as either Confidential or Highly Confidential Protected Material subject to the Protective Order that will be entered in the above-captioned action, and will be treated as Attorneys' Eyes Only pending the entry of a protective order consistent with the Court's April 16, 2026 Order, unless expressly agreed otherwise in writing.  For avoidance of doubt, and subject to any and all additional protections that may be set forth in any protective order entered in this action, Protected Material under the Protective Order will be used solely in relation to the above-captioned litigation. Electronic records will be stored in access-controlled systems; file sharing will use secure channels. (This protocol does not require any party to share passwords or grant system access.) Nothing in this paragraph shall be construed as limiting any attorney-client privilege or work product protection that would otherwise attach to material related to this Stipulation.

11.    Results Reporting and Simultaneous Disclosure:  ByHeart will release final results and the final report from the testing conducted on samples collected pursuant to this Protocol to

all designated party contacts subject to the Protective Order entered in this action.  No additional testing shall be conducted other than the *Clostridium botulinum* tests ordered by the Court without prior notice to the Parties or order of the Court in the event that an agreement cannot be reached.  If the lab identifies an out-of-specification or anomalous result, the lab will follow its standard confirmatory procedures (as applicable) and will notify all parties that an investigation/confirmation is in progress.

12.     Deviations, Nonconformities, and Dispute Resolution: Any departure from this protocol (including sampling location, tools, number of increments, splitting approach, or seals) must be documented, time-stamped, and communicated to all parties promptly.  The sampler may pause activities if conditions jeopardize sample integrity, safety, or Chain of Custody, until the parties agree on a path forward.

13.     Records/Sample Retention: The sampler will retain Chain of Custody forms, photo logs, photographs, bench sheets, instrument outputs, and final reports until written instructions agreed upon by the parties.

14.     This stipulation may be amended only by a written agreement that is signed by counsel for all parties.

6

Respectfully submitted,

***Counsel for Personal Injury Plaintiffs:***

/s/ William D. Marler
William D. Marler
**MARLER CLARK, INC., PS**
180 Olympic Dr. SE
Bainbridge Island, WA 98110
206-346-1888
Email: bmarler@marlerclark.com

/s/ Brendan J. Flaherty
Brendan J. Flaherty
Ryan Osterholm
**OFT LAW, PLLC**
800 LaSalle Ave., Suite 2260
Minneapolis, MN 55402
888-828-7087
Fax: 888-239-0559
Email: brendan@oftlaw.com
Email: ryan@oftlaw.com

/s/ Travis Edward Venable
Travis Edward Venable
**THOMAS J. HENRY INJURY ATTORNEYS**
28010 Carmel Valley
Boerne, TX 78015
865-809-6216
Email: tvenable-svc@tjhlaw.com

/s/ James A. Sellers II
James A. Sellers II
**JOHNSON & TAYLOR**
1193 Liberty St. SE
Salem OR 97302
503-990-6641
Email: james@johnsontaylorlaw.com

/s/ Amanda Mae Martin
Amanda Mae Martin
**DISPARTI LAW GROUP**
121 West Wacker
Suite 2300
Chicago, IL 60601
312-506-5511
Fax: 312-846-6363
Email: amartin@dispartilaw.com

/s/ Fabrice N. Vincent
Fabrice N. Vincent
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
415-956-1000
Email: FVINCENT@lchb.com

7

/s/ Daniel Edward Seltz
Daniel Edward Seltz
**LIEFF CABRASER HEIMANN &
BERNSTEIN LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
212-355-9500
Email: dseltz@lchb.com

### *Counsel for Economic Loss Plaintiffs:*

/s/ Michael Robert Reese
Michael Robert Reese
**REESE LLP**
100 West 93rd Street
Ste 16th Floor
New York, NY 10025
212-594-5300
Email: mreese@reesellp.com

/s/ Justin P. Sultzer
Daniel Harris Markowitz
Jason P. Sultzer
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza
Suite 200
Poughkeepsie, NY 12601
845-483-7100
Fax: 888-749-7747
Email: markowitzd@thesultzerlawgroup.com
Email: sultzerj@thesultzerlawgroup.com

### *Counsel for Defendant ByHeart, Inc.:*

/s/ Bethany W. Kristovich
Bethany W. Kristovich
Daniel B. Levin
Juliana M. Yee
**MUNGER TOLLES & OLSON**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071-3426
213-683-9100
Email: bethany.kristovich@mto.com
Email: daniel.levin@mto.com
Email: juliana.yee@mto.com

8

***Counsel for Defendant Dairy Farmers of America, Inc.:***

/s/ Lauren S. Colton
Lauren S. Colton
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Email: lauren.colton@hoganlovells.com

***Counsel for Defendant Organic West, Inc.:***

/s/ Marci Dee Mitkoff
Marci Dee Mitkoff
**GORDON REES SCULLY MANSUKHANI**
1 Battery Park Plaza
28th Floor
New York, NY 10004
332-230-2164
Email: mmitkoff@grsm.com

/s/ Edward M. Slaughter
Edward M. Slaughter
**GORDON REES SCULLY MANSUKHANI**
425 W. Capitol Avenue, Suite 3515
Little Rock, AR 72201
501-801-1805
Email: eslaughter@grsm.com

9