# EXHIBIT A

**IEH**
Laboratories &
Consulting Group

15300 Bothell Way NE Lake Forest Park, WA 98155
Telephone: +1 (206) 522 5432
Fax: +1 (206) 237 3957
Website: www.iehinc.com

**Purpose**

The purpose of this sampling plan is to aseptically sample lots of retained milk powder. Please note that this is a general description of the sampling plan and depending on the specifics of the sampling area and availability of a cleanroom, or a lab area with laminar flow hood, and other factors, some of the steps may be modified by IEH at the time of collection only with the agreement of a DFA Representative present at the collection. For lots with pallet retains totaling over 1000g, DFA will produce individual pallet retains across each lot in the Whirlpak bags as they have been maintained, totaling 1000g, except where the total weight of the retains for the lot is less than 2000g, 50% of the total weight of the pallet retains will be produced. In both cases, individual pallet retains in Whirlpak bags will be weighed to reach the appropriate sample size. IEH can select the pallet retains it would like to test. For the two lots with less than 1000g in pallet retains (lots 2127240891 and 2127252091), IEH will collect samples by aseptically scooping the appropriate amount (either 1000g or 50% of the total retains available) from the batch retains for those lots into Whirlpak bags. For those lots for which collecting the allotted quantity of retains from sealed pallet retain bags will unavoidably result in a total sample of slightly more than the allotted quantity (i.e., 1,100 g for lots for which ByHeart was allotted 1,000 g), DFA will produce that elevated quantity of retains to ByHeart without objection.

**Sampling Equipment and Materials**

Except where otherwise stated, equipment and materials will be provided by ByHeart/IEH.

- Sterile scoops, individually wrapped or equivalent for portioning milk powder
- Medium and large size sterile sampling bags – 18 and 24 oz whirl pak or equivalent.
- Sample bag holder (plastic beaker of appropriate size)
- Gloves (DFA to provide as needed at entrance; ByHeart/IEH to provide for sampling)
- Disposable lab coats
- Cloth lab coats
- Tyvek lab suit (DFA to provide to attendees)
- 70% alcohol
- Pens
- Clipboard
- Trash bag (for disposing perforated sample bag tabs, gloves, paper towels, used scoops, etc.)
- Large bags sufficient to hold all samples from a given lot (up to 6 samples for a combined weight of 1kg)
- (2) Balances with a minimum 0.1 g accuracy and up to 400 g capacity
- Hard-shelled shipping container (e.g., plastic cooler) for shipping samples
- Extra blank labels and permanent marker (e.g., Sharpie)

04.23.2026                                                                                                1

**IEH**
Laboratories &
Consulting Group

15300 Bothell Way NE Lake Forest Park, WA 98155
Telephone: +1 (206) 522 5432
 Fax: +1 (206) 237 3957
 Website: www.iehinc.com

**Procedure**

Prior to arrival

1. **Create labels** for each batch or pallet retain as described in Excel file <DFA Sample Plan>. For a given lot, there are batch and pallet retains.
2. **Pre-label** all sterile sampling bags for the batch retains from lots 2127240891 and 2127252091.
   a. For, the batch retains, if only a portion is taken, each sample will be weighed, aseptically opened, followed by removal of up to the allowed quantity of the sample. For the batch retain samples, label sterile sample bags 1-x for each batch within a lot.
   b. For the pallet retains, the unopened bags will be taken, for a total of at least 1000g.  Affix the pre- labels to the milk powder bag (designated as bags 1-X accordingly) using a Sharpie marker or equivalent.
3. **Pre-Populate** a Chain-of-Custody (CoC) form.

Sampling procedure for Batch Retain Samples

1. Wash hands prior to starting work and don a new disposable lab coat and gloves.
2. Wipe the interior work surface, including the balance with 70% alcohol.
3. Calibrate and level the balance.
4. Have a copy of the Excel file <DFA Sample Plan> 1 (or CoC) visible to verify each sample batch and lot number and available amount of retained samples.
5. Select the first sample to be aseptically sub-sampled. Work on one lot at time.
6. Verify the sterile sample bag label matches the sample bag and CoC/Excel file.
7. Open the sterile sample bag, place into the sample bag holder, place on the balance and tare.
8. Aseptically open the first sample, using a sterile scoop, remove the approximate quantity requested (Excel 1). Use a new scoop between each batch within a lot.
9. Aseptically pour the powdered sample into the appropriate sterile bag until the designated weight is obtained.
10. Note the weight collected.
11. Tightly close the sample bag to prevent leakage during shipment.
12. Place the bag in a secondary sample bag with the label clearly visible.
13. Place all samples from a given lot into a large bag (third bag) to maintain organization (i.e., keep all samples from a given lot together).
14. Re-sanitize the balance and work surface and don a new pair of gloves minimally between each lot and throughout collection as needed. Preferably, sub-samples should be aseptically weighed within a hood. If a hood is not available, change to a new disposable lab coat when starting a new lot.
15. Repeat steps 1-14 for each sample in a lot.
16. Place the bag(s) contain all samples from a given lot inside a hard-shelled shipping container. A plastic cooler or similar is acceptable.
17. Ship under ambient conditions.

04.23.2026                                                                                                    2