**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE: BYHEART, INC., INFANT FORMULA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

MDL No. 3178

**This Document Relates to:**

*Stephen and Yurany Dexter, individually and on behalf of E.D., a minor v. ByHeart, Inc. et al.,* No. 1:26-cv-02891

*Amy and Anthony Mazziotti, individually and on behalf of H.M. v. ByHeart, Inc. et al.,* No. 1:26-cv-03223

*Anthony Barbera and Thalia Flores, individually and on behalf of A.B., a minor v. ByHeart, Inc. et al.,* No. 1:26-cv-02902-AS

*Anit Joseph and Luke Pooley, individually and as next friend of K.P., a minor v. ByHeart, Inc. et al*, No. 1:26-cv-02899-AS

*Madison Wescott and Tyler Wescott, individually and on behalf of K.W., a minor v. ByHeart, Inc*., No. 1:26-cv-03085 AS

---

Case No.: 1:26-md-03178-AS

Hon. Arun Subramanian

**ORDER FOR ADMISSION PRO HAC VICE OF WILLIAM D. MARLER**

---

The Motion of William D. Marler, of Marler Clark, Inc., PS, for Admission to Practice Pro Hac Vice in the above-captioned matter is granted.

William D. Marler has declared that he is a member of good standing of the bar of the state of Washington, and that his contact information is as follows:

William D. Marler
MARLER CLARK, INC., PS
180 Olympic Dr. SE
Bainbridge Island, WA 98110
(206) 346-1888
bmarler@marlerclark.com

William D. Marler, having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-captioned matters,

IT IS HEREBY ORDERED that William D. Marler is admitted to practice Pro Hac Vice in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: April 27, 2026

_____
Arun Subramanian
United States District Judge