UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re: ByHeart, Inc., Infant Formula
Marketing, Sales Practices, and Products
Liability Litigation*

26-md-3178 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed on the record at today's hearing, any pending status conferences in the member cases are VACATED AS MOOT by the Court's April 22, 2026 Order, which sets out the updated case schedule. Dkt. 32. And plaintiffs' deadline to propose a leadership structure for the MDL is hereby EXTENDED to June 2, 2026.

The next status conference in this case will be a teleconference on **Tuesday, July 14, 2026 at 1:00 PM ET**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **743 479 074**, followed by the pound (#) sign.

SO ORDERED.

Dated: May 4, 2026
      New York, New York

                                           ARUN SUBRAMANIAN
                                   United States District Judge