**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation* | Case No.: 26-md-3178 (AS) |

## ECONOMIC LOSS CLASS ACTION PLAINTIFFS' PROPOSED LEADERSHIP STRUCUTRE AND DESIGNATION OF LEAD TRIAL COUNSEL

Pursuant to the Court's April 22, 2026 Memo Endorsement (ECF No. 32) and May 4, 2026 Order (ECF No. 70), counsel for the economic loss class action plaintiffs[1] have met and conferred and agreed to a proposed leadership structure wherein they (1) will continue to work cooperatively with each other, and (2) designate Michael R. Reese of Reese LLP to serve as Lead Trial Counsel for the economic loss class action plaintiffs and fulfill the duties of Lead Trial Counsel as required by Your Honor's Individual Practices in Civil Cases. Additionally, counsel for the economic loss class action plaintiffs respectfully request that the Court set a deadline for filing a Consolidated Complaint for the economic loss class plaintiffs that is forty-five (45) days after the Court's endorsement of the economic loss class plaintiffs' proposed leadership structure and designation of Michael R. Reese as Lead Trial Counsel, or July 17, 2026, whichever is later.

---

[1] The economic loss class action plaintiffs are in the following actions transferred to this Court by the Judicial Panel on Multidistrict Litigation: *Zetterstrom v. Byheart, Inc.*, case no. 25-cv-09419-AS (S.D.N.Y.); *Schneider et al. v. ByHeart, Inc.*, case no.25-cv-09543-AS (S.D.N.Y.); *Pilato v. ByHeart, Inc.,* case no. 25-cv-09550-AS (S.D.N.Y.); *Linton v. ByHeart, Inc.*, case no. 1:25-cv-09597-AS (S.D.N.Y.); *Archuleta v. ByHeart, Inc.*, case no. 1:25-cv-09714-AS (S.D.N.Y.); *Breary v. ByHeart, Inc.,* case no. 1:25-cv-09774-AS (S.D.N.Y.); *Rachwal et al. v. ByHeart, Inc.*, case no. 1:25-cv-10011-AS (S.D.N.Y.); *Noonan v. ByHeart, Inc.*, case no. 1:25-cv-10243-AS (S.D.N.Y.); *Sepulveda v. ByHeart, Inc.,* case no. 1:26-cv-03122-AS (S.D.N.Y.); and *Valenzuela v. ByHeart, Inc.*, case no. 1:26-cv-03122-AS (S.D.N.Y.).

Finally, the undersigned counsel note that this leadership structure and designation of Lead Trial Counsel is only for the economic loss class action plaintiffs, and not the personal injury plaintiffs.  In order to avoid any potential conflicts, the economic loss class action plaintiffs are represented by different counsel and shall have a different leadership structure and Lead Trial Counsel than the personal injury plaintiffs.

Respectfully submitted,

Dated: June 2, 2026

**REESE LLP**

*/s/ Michael R. Reese*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone:  (212) 643-0500
*mreese@reesellp.com*

*Counsel for Plaintiffs*
*Zetterstrom and Valenzuela*
*and Proposed Lead Trial Counsel for the*
*Economic Loss Class Action Plaintiffs*