MUNGER, TOLLES & OLSON LLP

| | | | |
|---|---|---|---|
| RONALD L. OLSON | JOHN L. SCHWAB | WILLIAM M. ORR | REBECCA J. HANSEN |
| CARY B. LERMAN | L. ASHLEY AULL | GABRIEL M. BRONSHTEYN | CONNOR HOGE |
| GREGORY P. STONE | WESLEY T.L. BURRELL | ROSIO FLORES ARRIAGA | KEVIN HAN YANG |
| BRAD D. BRIAN | CRAIG JENNINGS LAVOIE | JESSICA O. LAIRD | CORDELL A. BROWN |
| GEORGE M. GARVEY | JENNIFER L. BRYANT | ERICA C. TOOCH | QIANZHE DANNY ZHANG |
| WILLIAM D. TEMKO | NICHOLAS D. FRAM | SARAH E. WEINER | KYLE A. GROVES |
| JOHN W. SPIEGEL | VINCENT Y. LING | EVAN MANN | ESTHENA BARLOW |
| DONALD B. VERRILLI, JR. P.C. | VICTORIA A. DEGTYAREVA | ANDREW T. NGUYEN | CY EMEKA RAY |
| JOSEPH D. LEE | JOHN B. MAJOR | SARA H. WORTH | SUSANNAH M. L. GAGNON |
| MICHAEL R. DOYEN | RACHEL G. MILLER-ZIEGLER P.C. | MIRANDA E. REHAUT | DANIEL E. RUBIN |
| MICHAEL E. SOLOFF | FAYE PAUL TELLER | STEPHANY REAVES | JIN NIU |
| GLENN D. POMERANTZ | STEPHANIE G. HERRERA | LAUREN E. KUHN | SHUYU SUN |
| HENRY WEISSMANN | JULIANA M. YEE | GARRETT SOLBERG | REBECCA M. HO |
| KEVIN S. ALLRED | COLIN A. DEVINE | TED KANG | SASHA YUSUF |
| JEFFREY A. HEINTZ | GIOVANNI S. SAARMAN GONZÁLEZ | ADAM W. KWON | KEVIN CHIU |
| STUART N. SENATOR | ANNE K. CONLEY | JOSEPH N. GLYNN | NICOLE R. ALLICOCK |
| KELLY M. KLAUS | DAVID W. MORESHEAD | SIMON K. ZHEN | SHANNON E. EAGEN |
| LISA J. DEMSKY | ANDREW D. GARELICK | CARSON J. SCOTT | KAITLYN M. RUBCICH |
| MALCOLM A. HEINICKE | BRIDGET M. FITZPATRICK | ROMAN LEAL | JAKE TODD |
| JAMES C. RUTTEN | ANDREW T. RADSCH | MATTHEW W. LINSLEY | ANGELA A. URIBE |
| RICHARD ST. JOHN | DANE P. SHIKMAN | ADEEL MOHAMMADI | ANDREW J. SLOTTJE |
| ROHIT K. SINGLA | J. MAX ROSEN | TAYLOR L. BENNINGER | CYNTHIA Y. LONG |
| CAROLYN HOECKER LUEDTKE | JEREMY S. KREISBERG | LORRAINE L. ABDULAHAD | GRACE I. REHAUT |
| KATHERINE M. FORSTER | XIAONAN APRIL HU | CLARE KANE | JOSEPH TROY YOUNG |
| BLANCA FROMM YOUNG | NICOLE M. HOWELL | SIDNEY M. EISNER | SEAN ST. CHARLES |
| SETH GOLDMAN | SKYLAR D. GROVE | HELEN ELIZABETH WHITE | ANDREW L. FENNING |
| GRANT A. DAVIS-DENNY | SAMUEL H. ALLEN | ALISON A. DOYLE | ANASTASIA THATCHER |
| JONATHAN H. BLAVIN | ROWLEY J. RICE | JASON D. WEISS | JANNET E. GOMEZ |
| DANIEL B. LEVIN | LAUREN E. ROSS | HENRY D. SHREFFLER | JACOB M. GHANDOUR |
| MIRIAM KIM | BENJAMIN G. BAROKH | MILES W. UNTERREINER | SAHIL A. ALIM |
| HAILYN J. CHEN | ABE DYK | LYNDSEY FRANKLIN | CLAREANNE R. GOSCHKE |
| BETHANY W. KRISTOVICH | MEGAN MCCREADIE | ANDREW DELAPLANE | ABIGAIL H. SHIM |
| JACOB S. KREILKAMP | RAQUEL E. DOMINGUEZ | ARIELLA PARK | |
| JEFFREY Y. WU | ARIEL TESHUVA | LAURA PERRY STONE | |
| HEATHER E. TAKAHASHI | SHANNON GALVIN AMINIRAD | JOSEPH MANTEGANI | OF COUNSEL |
| ERIN J. COX | CARRIE C. LITTEN | GRAHAM J. WYATT | KATHLEEN M. MCDOWELL |
| BENJAMIN J. HORWICH | JAMES R. SALZMANN | WESLEY P. DEVOLL | PATRICK J. CAFFERTY, JR. |
| E. MARTIN ESTRADA | SEAN P. BARRY | LAUREN A. BILOW | DAVID H. FRY |
| BRYAN H. HECKENLIVELY | MICHAEL I. SELVIN | ALEXIS D. CAMPBELL | BRADLEY R. SCHNEIDER |
| ELAINE J. GOLDENBERG P.C. | HUNTER V. ARMOUR | KYRA E. SCHOONOVER | PETER E. GRATZINGER |
| GINGER D. ANDERS P.C. | NATHANIEL F. SUSSMAN | WENDY Q. XIAO | ADAM R. LAWTON |
| JOHN M. GILDERSLEEVE | OLIVER BROWN | DANIEL KANE | SARAH J. COLE |
| ADAM B. WEISS | MATTHEW MIYAMOTO | ADITI NARESH GHATLIA | ALLISON M. DAY |
| ACHYUT J. PHADKE | BRIAN R. BOESSENECKER | ALBERTO J. DE DIEGO-HABEL | TERESA A. REED DIPPO |
| KURUVILLA J. OLASA | ROBERT E. BOWEN | KYLE A. SCHNEIDER | DAVID T. RYAN |
| JUSTIN P. RAPHAEL | GRACE DAVIS FISHER | CARL H. JIANG | LAURA M. LOPEZ |
| ROSE LEDA EHLER | LAUREN N. BECK | BOBBY H. KIM | |
| JOHN W. BERRY | CALEB W. PEIFFER | CLAIRE I. ROGERSON | |
| ROBYN K. BACON | JAMIE LUMA | LIAM GENNARI | SEE MTO.COM FOR |
| JORDAN D. SEGALL | STEVEN B. R. LEVICK | CHARLES LAM | JURISDICTIONS OF ADMISSION |
| JONATHAN KRAVIS P.C. | JANELLE KRUMMEN | MAGGIE BUSHELL | |

350 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3426

TELEPHONE (213) 683-9100

————————

560 MISSION STREET

SAN FRANCISCO, CALIFORNIA 94105-3089

TELEPHONE (415) 512-4000

————————

601 MASSACHUSETTS AVENUE NW

SUITE 500E

WASHINGTON, D.C. 20001-5369

TELEPHONE (202) 220-1100

June 23, 2026

Writer's Direct Contact
(213) 683-9292
(213) 593-2892 FAX
bethany.kristovich@mto.com

**VIA ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation*, Case No. 1:26-md-03178-AS

Dear Judge Subramanian:

Pursuant to the Court's Individual Practices, Defendant ByHeart, Inc. respectfully requests a brief continuance of the status conference currently scheduled for July 14, 2026, at 1:00 p.m. Eastern Time, to July 24, 2026, or such other date as is convenient for the Court. The California Court of Appeal recently scheduled oral argument in another matter involving ByHeart's lead counsel on July 14, and counsel will not be able to attend the status conference due to her participation in that hearing. Plaintiffs and Defendants Organic West and DFA do not oppose ByHeart's request, and this is the first of such requests relating to the July 14, 2026 status conference. The parties are not aware of any other deadlines imposed by the Court that would be affected by this request. Nor do the parties request any changes to the July 20, 2026 deadline for the economic loss class plaintiffs to file a Consolidated Complaint.

MUNGER, TOLLES & OLSON LLP

Hon. Arun Subramanian
June 23, 2026
Page 2

Respectfully,

MUNGER, TOLLES & OLSON LLP

Bethany W. Kristovich
*Counsel for ByHeart, Inc.*