

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BYHEART, INC., INFANT FORMULA
MARKETING, SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                                                    **MDL No. 3178**

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −1)

On April 2, 2026, the Panel transferred 11 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* MDL No. 3178, ECF No. 61 (J.P.M.L. 2026). Since that time, no additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Arun Subramanian.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Subramanian.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 2, 2026, and, with the consent of that court, assigned to the Honorable Arun Subramanian.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel

> Inasmuch as no objection is
> pending at this time, the
> stay is lifted.
>
> **Jun 23, 2026**
>
> CLERK'S OFFICE
> UNITED STATES
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

Tammi M. Hellwig
Clerk of Court

By _____
Deputy Clerk

**IN RE: BYHEART, INC., INFANT FORMULA
MARKETING, SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION**                                                    MDL No. 3178

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| NEW JERSEY | | | |
| NJ | 3 | 26−05684 | CLARKE v. BYHEART, INC. et al |