# MARLER CLARK
— THE FOOD SAFETY LAW FIRM —

**MARLER CLARK INC., PS** | 180 Olympic Dr S.E., Bainbridge Island, WA 98110
**TEL** 1.206.346.1888 | **FAX** 1.206.346.1898 | **EMAIL** marler@marlerclark.com | **WEB** marlerclark.com

**WILLIAM D. MARLER**
**WRITER'S DIRECT LINE**
**(206) 346-1890**
**BMARLER@MARLERCLARK.COM**

June 2, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007-1312

> **RE:** *In re ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation*, Case No. 1:26-md-03178-AS

Dear Judge Subramanian:

Pursuant to the Court's Order dated May 4, 2026 (Dkt. 70), directing Plaintiffs to propose a leadership structure for this MDL, Plaintiffs respectfully submit the following designations.

Counsel for the Class Action Economic Loss Plaintiffs will be addressing the Court separately.

Counsel for the Personal Injury Plaintiffs have selected Marler Clark, Inc., PS, through William D. Marler, to serve as lead and/or liaison counsel and principal point of contact with the Court on behalf of those plaintiffs. However, given the relatively small number of plaintiffs' firms currently participating in this litigation, counsel intend to proceed on a collaborative basis with respect to matters common to the personal injury actions.

The Court notes formally for the record that the Personal Injury Plaintiffs' leadership structure has been APPROVED. The deadline for those plaintiffs to file a Master Complaint and/or Short Form Complaint, as well as any amended complaints, is **Monday, July 20, 2026**, subject to reasonable extensions if necessary.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: July 9, 2026

Respectfully Submitted,

**MARLER CLARK, INC., PS**

By:    /s/ William D. Marler
William D. Marler, Esq.
admitted *pro hac vice*
180 Olympic Drive S.E.
Bainbridge Island, WA 98110
Telephone: (206) 346-1888
bmarler@marlerclark.com

cc: All Counsel via ECF