**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation | MDL Case No.: 1:26-md-03178-AS |
| This Document Applies to<br><br>1:26-cv-03091-AS<br><br>COLIN FLOWERS and JENNIFER FLOWERS, individually and as parents and natural guardians of G.F.,<br><br>Plaintiffs,<br><br>v.<br><br>BYHEART, INC., a Delaware corporation,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiffs Colin Flowers and Jennifer Flowers, individually and as parents and natural guardians of G.F., hereby give notice that the above-captioned action is voluntarily dismissed. Defendant ByHeart, Inc., has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice voluntary dismissal of this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: July 20, 2026

Respectfully Submitted,

*/s/ Brendan J. Flaherty*
Brendan J. Flaherty (MN Bar. No. 0327657)
OFT Law PLLC (*pro hac vice*)
800 LaSalle Ave. Suite 2260
Minneapolis, MN 55402
Phone: 888-828-7087

Fax: 888-239-0559
brendan@oftlaw.com

and

Wesley M. Nakajima (KY Bar. No. 0084563)
RITTGERS RITTGERS NAKAJIMA
401 Scott St.
Covington, KY 41011
Phone: 859-972-0560
Fax: 513-934-2201
matt@rittgers.com

*Attorneys for Plaintiffs*