

**MARLER CLARK**
— THE FOOD SAFETY LAW FIRM —

**MARLER CLARK INC., PS** | 180 Olympic Dr S.E., Bainbridge Island, WA 98110
**TEL** 1.206.346.1888 | **FAX** 1.206.346.1898 | marler@marlerclark.com | www.marlerclark.com

**WILLIAM D. MARLER, ESQ.**
**Writer's Direct Line:**
**(206) 346-1890**
**bmarler@marlerclark.com**

July 20, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007-1312

> **RE:**   ***In re ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation**, Case No. 1:26-md-03178-AS*

Dear Judge Subramanian:

Pursuant to the Court's Order dated July 9, 2026 (Dkt. 79), the Personal Injury Plaintiffs represented by Marler Clark, Inc., PS ("Marler Clark") have filed five amended complaints in actions within this Court's jurisdiction.[1]

Within the next 60 days, Marler Clark and other counsel representing Personal Injury Plaintiffs will file additional personal injury actions. The currently unfiled actions listed below will be filed in a court of proper jurisdiction[2], and, pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs will notify the Clerk of the Panel of these tag-along actions for potential transfer to this Court:

1. *Hannah Barnes and Justin Royce, individually and on behalf of A.B., a minor*

2. *Angelique Carter, individually and on behalf of A.C., a minor*

3. *Timothy and Rebecca Casteline, individually and on behalf of A.C., a minor*

4. *Aman and Tooba Chughtai, individually and on behalf of A.C., a minor*

5. *Katie and Derek Connolly, individually and on behalf of M.C., a minor*

---

[1] *Dexter et al. v. ByHeart, Inc. et al.*, 1:26-cv-02891-AS; *Joseph et al. v. ByHeart, Inc. et al.*, 1:26-cv-02899-AS; *Wescott et al. v. ByHeart, Inc. et al.*, 1:26-cv-03085-AS; *Mazziotti et al. v. ByHeart, Inc. et al.*, 1:26-cv-03223-AS; *Barbera et al. v. ByHeart, Inc. et al.*, 1:26-cv-02902-AS.

[2] Though Marler Clark anticipates that nearly all as-yet-unfiled Personal Injury Cases will be filed in federal district court, there may be some instances where jurisdiction is proper in state court.

**M**
**C**

P a g e | 2
July 20, 2026

6.  *Sydney and Travis Craig, individually and on behalf of K.C., a minor*

7.  *Andria and Byron Galindo, individually and on behalf of R.G., a minor*

8.  *Jalessa Gementera and Javier Acevedo, individually and on behalf of J.A., a minor*

9.  *Brianna and Stacey Higashi, individually and on behalf of T.H., a minor*

10. *Elan Johnson and Alexandra Morrow, individually and on behalf of E.J., a minor*

11. *Ashkan Keshtmand and Tahereh Fereydouni, individually and on behalf of L.K., a minor*

12. *Haden Kodatt and Ashley Agnoli, individually and on behalf of O.K., a minor*

13. *Brett and Barbara Ksobiech, individually and on behalf of P.K., a minor*

14. *Shannon and Hunter Nedin, individually and on behalf of R.N., a minor*

15. *Erica Nelson and Liborio Gallipoli, individually and on behalf of E.G.N., a minor*

16. *Sara Ann Skinner, individually and on behalf of R.S., a minor*

17. *Kiely and Cole Weaver, individually and on behalf of W.W., a minor*[3]

Marler Clark has already provided all Defendants with medical records, medical billing records, and all health department records as to each matter listed herein.

On April 22, 2026, the Court adopted the Parties' initial case management schedule and deadlines. (Dkt. 32 at 4). Accordingly, the Personal Injury Plaintiffs respectfully request that the Court confirm, for the avoidance of doubt, that the following deadlines — derived from the Parties' proposed case management schedule — remain current and accurate:

| | |
|---|---|
| Plaintiffs' Amended Pleading Deadline: | September 7, 2026 |
| Defendants' Responsive Pleading Deadline: | December 7, 2026 |
| Plaintiffs' Response Deadline: | February 5, 2027 |
| Defendants' Reply Deadline: | March 8, 2027 |

Alternatively, the Personal Injury Plaintiffs welcome the opportunity to discuss a revised case management schedule with the Court at the July 28, 2026, Status Conference.

---

[3] With the sole exception of the *Weaver* matter, the Parties previously identified each action listed above in their April 20, 2026, Joint Submission to the Court (Dkt. 27 at 18–23).

P a g e | 3
July 20, 2026

Respectfully Submitted,

**MARLER CLARK, INC., PS**

By:    William D. Marler, Esq.
admitted *pro hac vice*
180 Olympic Drive S.E.
Bainbridge Island, WA 98110
Telephone: (206) 346-1890
bmarler@marlerclark.com

WDM:ji
cc:    All Counsel via ECF