

**MARLER CLARK INC., PS** | 180 Olympic Dr S.E., Bainbridge Island, WA 98110
**TEL** 1.206.346.1888 | **FAX** 1.206.346.1898 | marler@marlerclark.com | www.marlerclark.com

WILLIAM D. MARLER, ESQ.
WRITER'S DIRECT LINE:
(206) 346-1890
BMARLER@MARLERCLARK.COM

July 24, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007-1312

> RE:    *In re ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation*, Case No. 1:26-md-03178-AS

Dear Judge Subramanian:

The Personal Injury Plaintiffs respectfully submit this letter in response to the July 24, 2026, letter of Defendant ByHeart, Inc. ("ByHeart"), which asks the Court to order the Personal Injury Plaintiffs to file a Master Complaint. (Dkt. 87).

As an initial matter, the Personal Injury Plaintiffs complied with the Court's July 9, 2026, Order. That Order provided July 20, 2026, as the deadline for the Personal Injury Plaintiffs to "file a Master Complaint and/or Short Form Complaint, as well as any amended complaints." (Dkt. 79). On July 20, 2026, Plaintiffs timely filed five amended complaints and a letter (Dkt. 85) identifying seventeen additional actions that will be filed within the next 60 days, consistent with the case management schedule the Court adopted on April 22, 2026. (Dkt. 32). Indeed, the schedule the Court adopted—which all parties, including ByHeart, jointly submitted—expressly contemplated that the Personal Injury Plaintiffs might proceed without a Master Complaint. (*See id.* at 3 (providing that "[i]f the Personal Injury Plaintiffs . . . wish to file a master complaint and/or short form complaint, as well as any amended complaints . . . they shall do so within 60 days," and that if "Plaintiffs do not file a master complaint, the parties will meet and confer to determine a process for filing responsive pleadings to one or more . . . bellwether personal injury complaints.")).

The Personal Injury Plaintiffs object to ByHeart's request because these cases are poorly suited to a Master Complaint. Each action is unique: each involves a different infant, a different clinical course and severity of botulism poisoning, different medical treatment and damages, and different facts concerning the purchase and consumption of ByHeart's product. The cases also do not share a common roster of defendants. While ByHeart is named in every action, Dairy Farmers of America, Organic West, and various retailers (Amazon.com, Whole Foods Market, Target, and Walmart) are named—or will be named—in some cases but not others. And because these cases

The Honorable Arun Subramanian
July 24, 2026
Page | 2

were—and will be—filed in courts across the country, they are governed by the substantive laws of many different states.

Accordingly, the Personal Injury Plaintiffs respectfully request that the Court decline ByHeart's request to order the filing of a Master Complaint and confirm the deadlines set forth in Plaintiffs' July 20, 2026, letter. Plaintiffs are prepared to address these issues further at the July 28, 2026, status conference.

Respectfully Submitted,

William D. Marler