UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation* | 26-md-3178 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed on the record at the Court's July 28, 2026 conference, the Court enters the following case management orders, which apply to all cases presently consolidated in this proceeding, as well as those that the parties anticipate will be consolidated:

1. By **December 7, 2026**, defendants shall submit briefing on any common issues raised by the personal injury plaintiffs' complaints. The Court prefers that, to the extent possible, defendants collectively submit one main motion, with short supplemental briefing for any issues that are specific to an individual defendant. In advance of the next status conference, defendants shall submit a letter outlining their proposed briefing structure for Court approval. And after the Court resolves those common issues, defendants will be permitted to address any case-specific issues raised by the personal injury plaintiffs' complaints.

2. If any defendant chooses to file an answer in response to any of the personal injury plaintiffs' complaints, it shall do so by **December 7, 2026**.

3. Defendants shall respond to the economic loss plaintiffs' consolidated complaint by **December 7, 2026**.

4. Plaintiffs' responses to any motion to dismiss the economic loss plaintiffs' consolidated complaint, and defendants' common-issue briefing as to the personal injury cases, are due **February 8, 2027**.

5. Defendants' replies to any motions to dismiss and the common-issue briefing are due **March 8, 2027**.

6. The deferral of discovery is extended through **December 7, 2026**, in light of the parties' ongoing mediation efforts.

7. The next status conference in this case will be a teleconference on **Friday, September 11, 2026 at 2:00 PM ET**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **175 845 414**, followed by the pound (#) sign.

   SO ORDERED.

Dated: July 29, 2026
      New York, New York

                          ARUN SUBRAMANIAN
                          United States District Judge