AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-md-03178-AS**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Organic West Inc.**
was received by me on **8/27/2026:**

☐ I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Julie Fuller**, who is designated by law to accept service of process on behalf of **Organic West Inc.** at **129 W Main St, Ripon, CA 95366-2419** on **08/28/2026 at 12:06 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 80.00** for services, for a total of **$ 80.00**.

I declare under penalty of perjury that this information is true.

Date: 08/29/2026

*Server's signature*

**Trista Cavagnaro**
*Printed name and title*

**1760 new horizons dr**
**B**
**Manteca, CA 95336**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Julie Fuller who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses.**

Tracking #: **0239387282**