UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation* | 26-md-3178 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court has received ByHeart's request to dispose of certain materials subject to the November 2025 recall, including "approximately 500 totes of bulk formula powder . . . , over 870,000 cans and Anywhere Pack stick packs of finished product, and over 400,000 kilograms of raw material ingredients and finished product samples." Dkt. 100 at 1–2.

Any interested party who seeks to object to ByHeart's request should do so by **Friday, September 4, 2026, at 5:00 PM ET**. Otherwise, the Court will enter ByHeart's proposed order. *See* Dkt. 100-1.

SO ORDERED.

Dated: September 2, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge