UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation* | 1:26-md-03178 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties are directed to indicate by 5 pm on September 10, 2026 if they would like to proceed with the scheduled status conference at 2 pm on September 11, 2026, and if so, what issues they plan to discuss.

SO ORDERED.

Dated: September 9, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge