**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: BYHEART, INC., INFANT FORMULA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | 1:26-md-03178 (AS)<br><br>**NOTICE OF FIRM NAME CHANGE AND UPDATED CONTACT INFORMATION** |

PLEASE TAKE NOTICE of a law firm name change and updated contact information for the following counsel for Defendant Dairy Farmers of America, Inc.:


HOGAN LOVELLS CADWALADER US LLP
Lauren S. Colton
100 International Drive, Suite 2000
Baltimore, Maryland 21202
T: (410) 659-2700
lauren.colton@hlc.com

**DATE**: November 3, 2026

Respectfully submitted,

*/s/ Lauren S. Colton*
Lauren S. Colton
**HOGAN LOVELLS CADWALADER US LLP**
100 International Drive
Suite 2000
Baltimore, Maryland 21202
T: (410) 659-2700
F: (410) 659-2701
Email: lauren.colton@hlc.com

*Attorney for Defendant Dairy Farmers of America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using CM/ECF. All counsel of record will receive an electronic notice of this filing.

*/s/ Lauren S. Colton*
Lauren S. Colton