MARLER CLARK
THE FOOD SAFETY LAW FIRM

MARLER CLARK INC., PS | 180 Olympic Dr S.E., Bainbridge Island, WA 98110
TEL 1.206.346.1888 | FAX 1.206.346.1898 | marler@marlerclark.com | www.marlerclark.com

**WILLIAM D. MARLER, ESQ.**
**Writer's Direct Line:**
**(206) 346-1890**
**bmarler@marlerclark.com**

November 17, 2026

**VIA ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation*, Case No. 1:26-md-03178-AS

Dear Judge Subramanian:

The Personal Injury Plaintiffs respectfully request that the Court enter the proposed order attached as Exhibit 1, which would permit the direct filing in this MDL of personal injury complaints not yet on file.

On November 3, 2026, the Court denied without prejudice the Personal Injury Plaintiffs' Letter Motion for Leave to File Direct Filing of Complaints, noting that it was "amenable to the parties meeting and conferring to work out a proposed order governing the direct filing of complaints that will resolve the jurisdictional and remand concerns raised by DFA." (Dkt. No. 113).

The Personal Injury Plaintiffs and DFA have since conferred regarding the attached proposed order. The Personal Injury Plaintiffs understand that while DFA cannot consent to entry of the proposed order in light of its jurisdictional defense, DFA has confirmed that the proposed order addresses the procedural concerns raised in DFA's November 2, 2026, response to the Personal Injury Plaintiffs' Letter Motion for Leave to File Direct Filing of Complaints.

The Personal Injury Plaintiffs therefore respectfully request that the Court enter the proposed order.

Respectfully submitted,

William D. Marler
*Lead Counsel for Personal Injury Plaintiffs*